```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 26413
   SERGIO D RAMIREZ
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8580

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/01/2005 and was confirmed 10/19/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  51.39%.

      The case was converted to chapter 7 after confirmation 10/24/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
JOSEPH MARINO              CURRENT MORTG        .00            .00            .00
CITIFINANCIAL AUTO CREDI   SECURED              .00            .00            .00
RESURGENT ACQUISITION LL   UNSECURED        6567.70            .00         823.81
CACV OF COLORADO LLC       UNSECURED       14566.47            .00        1827.09
CAPITAL ONE BANK           UNSECURED        1237.41            .00         155.18
CHASE BANK                 UNSECURED        1250.11            .00         156.81
RESURGENT ACQUISITION LL   UNSECURED        9313.03            .00        1168.14
RESURGENT ACQUISITION LL   UNSECURED        8288.38            .00        1039.64
CITI CARDS                 UNSECURED       NOT FILED           .00            .00
DUNSTONE FINANCIAL LLC     UNSECURED       NOT FILED           .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED           .00            .00
FIRST NORTH AMERICAN NAT   UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED        2257.33            .00         283.17
B-LINE LLC                 UNSECURED        3165.22            .00         397.03
UNIFUND CCR PARTNERS       UNSECURED       13449.86            .00        4928.18
MIDWEST VERIZON WIRELESS   UNSECURED         122.64            .00          15.38
GREAT SENECA               UNSECURED        4562.71            .00         572.30
CITIFINANCIAL AUTO CREDI   UNSECURED       12157.49            .00        1353.68
GLEASON & MACMASTER        DEBTOR ATTY     1,194.00                      1,194.00
TOM VAUGHN                 TRUSTEE                                         791.59
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  14,706.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      12,720.41
ADMINISTRATIVE                                  1,194.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 26413 SERGIO D RAMIREZ
```

```
TRUSTEE COMPENSATION                                          791.59
DEBTOR REFUND                                                    .00
                                 ----------------    ----------------
TOTALS                                  14,706.00           14,706.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```